**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 10-cr-00504-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LONNY TYRONE GRAY,

    Defendant.

---

**ORDER WITHDRAWING SUPERVISED RELEASE VIOLATION PETITION AND
MODIFYING CONDITIONS OF SUPERVISION**

---

    This matter is before the Court upon report of the probation officer requesting to withdraw the petition to revoke supervised release filed on January 13, 2014.  The probation office has indicated that neither government nor defense counsel opposes this request, and that Defendant Gray has agreed to sign a waiver of hearing with respect to the modification of his conditions of supervision.  The Court, having been advised of the facts of the above case, hereby

    ORDERS that the petition for violations of supervised release (Doc. # 6), filed January 13, 2014, be withdrawn.  It is

    FURTHER ORDERED that the supervised release violation hearing scheduled for Monday, May 12, 2014, at 3:00 P.M., is VACATED.  It is

    FURTHER ORDERED that Defendant Lonny Tyrone Gray's conditions of supervised release are modified to include the following condition:

The Defendant shall reside in a residential re-entry center for a period of 69 days, to commence immediately, and shall observe the rules of that facility.

DATED at Denver, Colorado, this   12th   day of May, 2014.

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge